**Appeal Dismissed and Memorandum Opinion filed September 14, 2021.**



In The

# Fourteenth Court of Appeals

## NO. 14-21-00295-CV

## LIVE OAK UNITS, LLC, ERIC DARNELL HOPKINS AND SHEILA A. TENISON, Appellants

### V.

## GARY FLEMING, TRUSTEE OF TEXAS QUEST FUNDING TRUST - GF112211-107, 108, 109, AND 110, Appellee

**On Appeal from the 295th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-41906**

## MEMORANDUM OPINION

This appeal is from a judgment signed April 12, 2020. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court appellants did not make arrangements to pay for the record.

On June 14, 2021, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days,

appellant paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b). No response was filed. On August 10, 2021, appellants were ordered to provide this court with proof of payment for the record on or before August 25, 2021. *See* Tex. R. App. P. 35.3(c). In the order, the court notified appellant that failure to comply with the court's order would result in dismissal of the appeal. *See* Tex. R. App. P. 37.3(b). No response was filed.

Appellant has not provided this court with proof of payment for the record. We dismiss the appeal.


PER CURIAM


Panel consists of Justices Wise, Bourliot, and Zimmerer.